# UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED
Mar 26 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| United States of America<br>v.<br>Miguel Villavivar<br><br>*Defendant(s)* | Case No.  3:25-mj-70348 MAG |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  11/14/2024  in the county of  Sonoma  in the
Northern District of  California , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(5)(A) | Possession of Firearm and Ammunition by Person Unlawfully in United States<br><br>Maximum Penalties: 15 years' imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment, forfeiture |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Kassandra Lane

☑ Continued on the attached sheet.

/s/
*Complainant's signature*

Kassandra Lane, FBI Special Agent
*Printed name and title*

Approved as to form: */s/ Leif Dautch*
Assistant U.S. Attorney

Sworn to before me by telephone.

Date:  03/26/2025

*Judge's signature*

City and state:  San Francisco, California    Hon. Sallie Kim, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Kassandra Lane, Special Agent with the Federal Bureau of Investigation ("FBI"), being duly sworn, state:

**I.   INTRODUCTION AND QUALIFICATION OF AFFIANT**

1. This affidavit is made in support of a criminal complaint and arrest warrant for MIGUEL VILLAVIVAR ("VILLAVIVAR") for a violation of Title 18, United States Code, Section 922(g)(5)(A), possession of a firearm or ammunition by someone who is illegally or unlawfully in the United States.

2. I have been employed as a Special Agent with the FBI since December 2020. I am a graduate of the FBI Academy at Quantico, Virginia where I was trained in conducting investigations, including interview and interrogation, report writing, and source handling. I am currently assigned to the FBI San Francisco Field Office, seated in the Santa Rosa Resident Agency and assigned to the North Bay Safe Streets Task Force. I have participated in the execution of numerous search warrants conducted by the FBI and in the seizure and review of computer and phone systems and other types of digital evidence. Since joining the FBI, I have investigated, among other things, federal criminal violations related to drug and firearm possession and trafficking, violent criminal enterprises, racketeering, bank and wire fraud, and public corruption.

3. I am an investigator and law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7). I am empowered by law to conduct investigations, to execute search warrants, and to make arrests for offenses of Federal law.

4. The facts in this affidavit come from my personal observations, as well as information obtained from the California Highway Patrol (CHP), and my review of records relating to this investigation. This affidavit is intended to show only that there is sufficient probable cause for the requested arrest warrant and does not set forth all of my knowledge about the matter.

## II. RELEVANT STATUTE

5. Pursuant to 18 U.S.C. Section 922(g)(5)(A), it is unlawful for any person who is illegally or unlawfully in the United States to knowingly possess a firearm or ammunition in or affecting interstate or foreign commerce. To prove a violation of 18 U.S.C. Section 922(g)(5)(A), the government must prove beyond a reasonable doubt that: (1) the defendant was in the United States illegally; (2) the defendant knew of his prohibited status; (3) the defendant knowingly possessed a firearm or ammunition; and (4) the firearm or ammunition had previously passed in interstate or foreign commerce.

## III. STATEMENT OF PROBABLE CAUSE

### a. VILLAVIVAR'S PROHIBITED STATUS AND KNOWLEDGE THEREOF

6. According to a Mexican birth certificate that I have personally reviewed, VILLAVIVAR was born in Oaxaca, Mexico on August 14, 1987.

7. On January 5, 2009, the Department of Homeland Security (DHS) issued a Notice to Appear regarding removal proceedings to VILLAVIVAR, who was then in Immigration and Customs Enforcement (ICE) custody in San Francisco, CA. The Notice to Appear indicated that VILLAVIVAR was "an alien present in the United States who has not been admitted or paroled". DHS further alleged that: (1) VILLAVIVAR was "not a citizen or national of the United States"; (2) VILLAVIVAR was a "native of Mexico and a citizen of Mexico"; (3) VILLAVIVAR had "arrived in the United States at or near an Unknown place, on or about an Unknown date"; and (4) VILLAVIVAR was "not then admitted or paroled after inspection by an Immigration Officer". The Notice to Appear charged that VILLAVIVAR was subject to removal from the United States pursuant to section 212(a)(6)(A)(i) of the Immigration and Nationality Act, which makes it unlawful to enter the United States without being admitted or paroled.

8. On January 20, 2009, VILLAVIVAR signed a DHS ICE Voluntary Departure and Verification of Departure form, which informed VILLAVIVAR that he was required to depart from the United States voluntarily on or before January 22, 2009. VILLAVIVAR's signature acknowledged the condition and receipt of the form.

9. According to DHS documentation, VILLAVIVAR had come to the attention of an Immigration Enforcement Agent on December 31, 2008, when VILLAVIVAR was arrested and booked into the Sonoma County Jail on a warrant for the charge of California Penal Code 12020(a), Felony Possession of a Deadly Weapon.

10. On March 15, 2013, DHS issued an another Immigration Detainer for VILLAVIVAR, sent by DHS San Francisco to the Sonoma County Jail, where VILLAVIVAR was again in custody. The Immigration Detainer notified Sonoma County Jail officials that DHS had reason to believe VILLAVIVAR was an alien subject to removal from the United States. The Immigration Detainer requested that Sonoma County Jail hold VILLAVIVAR for no longer that 48 hours beyond the time that VILLAVIVAR would have otherwise been released and requested that Sonoma County Jail provide VILLAVIVAR with a copy of the Immigration Detainer.

11. In addition to these DHS records, there is also evidence showing VILLAVIVAR's subjective knowledge of his unlawful immigration status and the corresponding prohibition on possessing firearms. On October 28, 2024, the FBI served a search warrant to Meta Inc. for the Instagram account "miguelvillavivar". The account included numerous photos and videos of VILLAVIVAR in possession of firearms, as well as photos and videos of VILLAVIVAR's tattoos, vehicles, associates, and interests, all previously known to law enforcement. In addition, between January 18, 2024 and August 29, 2024, account communications included four instances of VILLAVIVAR's account providing his previously known home address, 9871 Oak Grove Ave, Sebastopol, CA, 95472, via chat messages to other Instagram users. Due to the account username and account content, including photos, videos, and text messages and post captions, I believe that VILLAVIVAR is the sole user of the Instagram account "miguelvillavivar".

12. Based on my review of those records, on May 9, 2024, VILLAVIVAR's Instagram account communicated via private chat with another Instagram user. In this chat,

included below, VILLAVIVAR stated that he was aware that he was prohibited from possessing firearms based on his illegal immigration status.

**miguelvillavivar**: I like guns too

**_ddcc10**: U go shooting

**miguelvillavivar**: Yess

**_ddcc10**: I need to learn how to shoot lol

**_ddcc10**: I have my permit but I havnt got one yet

**miguelvillavivar: Neta I'm illegal as fcuk** [*sic*]

**_ddcc10**: Hahaha fuckkkk

**_ddcc10**: Ur bad bad

**_ddcc10**: Jk

13.     VILLAVIVAR's account then sent a video, which panned to show three handguns laid out next to each other on the table, with ammunition in view behind the handguns. One of the firearms was a loaded Glock 19 pistol with a gold-colored slide, as pictured in the video screenshot at right.



   b.  <u>VILLAVIVAR'S POSSESSION OF A FIREARM AND AMMUNITION IN NOVEMBER 2024</u>

14.     On November 14, 2024, six months after the Instagram chat described above, VILLAVIVAR was stopped by CHP for failing to stop at a stop sign at the intersection of Arnold Drive and Madrone Road in Sonoma County, which is in the Northern District of California.  VILLAVIVAR'S actions constituted a violation of California Vehicle Code 22450(a). The officer approached the passenger side of the vehicle and asked VILLAVIVAR for his driver's license.  VILLAVIVAR provided the officer his license, and about one minute into their interaction, the officer observed (from his position outside the vehicle) a gold-colored handgun sticking out from under the driver seat of the vehicle. The officer collected the firearm

(pictured below), which was a loaded Glock 19 pistol, serial number BEYX780, previously reported stolen out of Plano, Texas on May 18, 2021.



15.     According to the CHP report, the Glock 19 was loaded with five rounds of 9mm ammunition. It should be noted that CHP's incident report documented that the Glock 19 was loaded with five 9mm rounds. However, Officer Goulding visually estimated that count and did not remove the rounds from the magazine at the time of collection in an effort to preserve the evidence. When agents later removed the rounds from the magazine for analysis, only four rounds were present.

16.     VILLAVIVAR was arrested for possession of a stolen and loaded handgun, violations of California Penal Codes 25850(c)(4), 496(a), and 25400(c)(2). After being advised of his *Miranda* rights, VILLAVIVAR waived them and admitted to possessing the firearm and being a Sureño gang member for approximately 15 years. VILLAVIVAR told the officer that he possessed the firearm for about years, and carried the gun for self-protection after a man had

threatened VILLAVIVAR's life. VILLAVIVAR admitted that the man who threatened him was now in Mexico.

17. After VILLAVIVAR's arrest, FBI TFO Cyril Ruffin interviewed VILLAVIVAR at the Sonoma County Main Adult Detention Facility. TFO Ruffin read VILLAVIVAR his *Miranda* rights verbatim. VILLAVIVAR advised that he understood and expressly waived his rights by speaking to TFO Ruffin.

18. VILLAVIVAR stated that he "fucked up" and that he should not have had it on him, referring to the firearm. VILLAVIVAR stated that the reason he carried a gun was that a former friend had sent people to threaten and kill VILLAVIVAR in relation to an incident involving "stuff with weed" and people wanting to "collect". VILLAVIVAR stated that approximately six years ago he had been stopped by African Americans with guns who threatened him. VILLAVIVAR felt like they were sent by his former friend. After that, VILLAVIVAR bought the gun and continued to have the gun on him when he was at work, doing landscaping and construction. When VILLAVIVAR was pulled over, he had just gone to a store in Sonoma to get parts for a gas line he was installing and decided to keep the gun with him.

19. Based on visual similarities between the pistols, I believe that the previously mentioned image of a Glock 19 pistol with a gold-colored slide sent by VILLAVIVAR to another Instagram user on May 9, 2024, was the same pistol as the Glock 19 pistol with a gold-colored slide, serial BEYX780, seized by CHP on November 14, 2024.

   c. INTERSTATE NEXUS

20. On February 19, 2025, Bureau of Alcohol, Tobacco, and Firearms (ATF) Agent Payton Smith provided a "verbal nexus" opinion that the Glock 19 pistol, serial number BEYX780, and four rounds of Blazer ammunition loaded inside the gun were manufactured outside the State of California, and that if the firearm and ammunition were found in the State of California, they would have traveled in and/or affected interstate and/or foreign commerce.

21.     According to a company representative from Cascade Cartridge Inc., the company that manufactures Blazer 9mm ammunition, no Blazer 9mm ammunition is manufactured in the state of California.

### IV.    CONCLUSION

22.     Based on the facts and circumstances described in this affidavit, along with my training, experience, and consultation with other experienced law enforcement agents, there is probable cause to believe that on November 14, 2024, VILLAVIVAR committed a violation of federal law in that he was a Person Unlawfully in the United States in Possession of a Firearm and Ammunition, in violation of Title 18 U.S.C. § 922(g)(5)(A).

### REQUEST TO SEAL AFFIDAVIT, CRIMINAL COMPLAINT, AND ARREST WARRANT

Based on my training and experience, disclosure of the evidence of this affidavit, the complaint, the arrest warrant, and related documents may cause VILLAVIVAR to destroy evidence or conceal ongoing criminal activity, jeopardizing the progress of the ongoing investigation. I therefore request that the Court seal this affidavit, the complaint, the arrest warrant, and related documents.

I swear, under the penalty of perjury, that the foregoing information is true and correct to the best of my knowledge and belief.

_____/s/_____
Kassandra Lane
Special Agent
Federal Bureau of Investigation

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1 and 4(d) on March 26, 2025.

_____
HON. SALLIE KIM
United States Magistrate Judge
Northern District of California